# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5679

**Case Name** Wild Horse Education, et al. v. United States Department of the Interi

**Counsel submitting this form** Jessica L. Blome and Jennifer Rae Lovko

**Represented party/parties** Laura Leigh and Wild Horse Education

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs' complaint, filed on November 15, 2023, challenged the Bureau of Land Management (BLM) Decision Record and Finding of No Significant Impact that adopted a proposed action (Alternative A) as analyzed in the Stone Cabin Complex Wild Horse Gather Plan Environmental Assessment. The Stone Cabin Complex contains two Herd Management Areas (HMA): the Stone Cabin HMA and the Saulsbury HMA. Plaintiffs' causes of action were based on violation of the Wild Free-Roaming Horses and Burros Act, the National Environmental Policy Act, and the Administrative Procedure Act.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                            *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The parties submitted cross-motions for summary judgment, and the court granted in part and denied in part each motion. Plaintiffs' asserted the following as regards the Herd Management Area Plan (HMAP) for the Stone Cabin HMA: (1) BLM abused its discretion and acted arbitrarily and capriciously when it ignored the Stone Cabin HMAP in analyzing and adopting the plan from the Stone Cabin Complex Wild Horse Gather Plan Environmental Assessment; (2) BLM unlawfully withheld and/or unreasonably delayed its duty to fulfill the obligations mandated by adoption of the Stone Cabin HMAP. The court denied Plaintiffs' motion as to these claims, finding that the Stone Cabin HMAP did not contain legally binding commitments. The main issue on appeal is this ruling and finding of the court.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

n/a

**Signature** s/Jennifer Rae Lovko  **Date** 9/15/25
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**            *Rev. 09/01/22*

2